**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rooter Hero Phoenix Incorporated, *et al.*, | No. CV-22-00220-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Jordan Beebe, *et al.*, | |
| Defendants. | |

At issue is counsel for Plaintiff Rooter Hero Phoenix Inc.'s Motion to File Under Seal (Doc. 65). Consistent with his representation of Plaintiff throughout the course of this action, counsel Nathan Brown has again ignored the applicable rules in filing the present Motion. Local Rule 5.6(b) provides that, in filing a motion to seal, the documents that are the subject of the motion "must be lodged with the Court separately consistent with subpart (c) of this Rule," and subpart (c) provides that the documents must be lodged under seal following the instructions provided in the Electronic Case Filing Administrative Policies and Procedures Manual ("the Administrative Manual"). Counsel lodged no documents whatsoever together with his Motion, so the Court cannot examine the documents to determine whether keeping them sealed from the public is appropriate.

When counsel was admitted to practice in the United States District Court for the District of Arizona, he took an oath to follow the applicable Rules of this Court. Yet once again in this matter, he failed to do so. For counsel's benefit, the Court here notes that both the Local Rules and the Administrative Manual are available—to him and indeed the public

at large—on the Court's website.

Because he failed to follow the applicable Rules, the Court will deny counsel for Plaintiff's Motion to File Under Seal (Doc. 65) with leave to refile. The Court notes that the present Motion did not toll the deadline—which is today (*see* Doc. 64)—for counsel to file a Response to Defendants' Motion for Order to Show Cause (Doc. 62). This is particularly true because counsel's present Motion apparently pertains only to the Exhibits to counsel's yet-to-be-filed Response, redacted versions of which counsel can file until any properly filed Motion to File Under Seal is resolved by the Court.

**IT IS THEREFORE ORDERED** denying counsel for Plaintiff Rooter Hero Phoenix Inc.'s Motion to File Under Seal (Doc. 65) for failure to follow the applicable Rules, with leave to refile. Counsel for Plaintiff's deadline (*see* Doc. 64) to respond to Defendants' Motion for Order to Show Cause (Doc. 62) remains in effect, and counsel may file redacted versions of the allegedly confidential Exhibits until the Court can resolve any properly filed Motion to File Under Seal.

Dated this 2nd day of May, 2025.

Honorable John J. Tuchi
United States District Judge